

08 CV 2746

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Judge Berman

----------------------------------------------X

CURZON MARITIME LIMITED                      :

                         Plaintiff,          :

        - against -                          :        ECF CASE

COMMODITIES INTERTRADE a/k/a.                :
COMMODITIES INTERTRADE PVT LTD.
                                             :

                         Defendant.          :

----------------------------------------------X

**VERIFIED COMPLAINT**

Plaintiff, CURZON MARITIME LIMITED ("Plaintiff"), by and through its attorneys,

Tisdale Law Offices LLC, as and for its Verified Complaint against the Defendant,

COMMODITIES INTERTRADE a/k/a COMMODITIES INTERTRADE PVT LTD.,

("Defendant"), alleges, upon information and belief, as follows:

1.      This is an admiralty and maritime claim within the meaning of Rule 9(h) of the

Federal Rules of Civil Procedure and 28 United States Code § 1333.

2.      At all times material, Plaintiff was, and still is, a foreign company duly organized

and operating under foreign law with a principal place of business at St. Clare House, 3033

Minories, London, and at all material times was the disponent owner of the M/V SHIKOKU

PRIDE ("Vessel").

3.      Upon information and belief, Defendant was, and still is, a foreign corporation or

other business entity organized under and existing by virtue of foreign law, with a principal place

of business at 14 Dr. Rajendra Prasad Road, New Delhi, India 110 001 and at all material times

was the charterer of the Vessel.

4.    Pursuant to the terms of a standard GENCON charter party dated September 11, 2001, the Plaintiff chartered the Vessel to the Defendant for a voyage from the west coast of India to Port Sudan with a cargo of minimum 15,250 MT of sugar.

5.    The Vessel arrived at Mumbai and began to load her cargo of sugar on 29 September 2001.  The loading operations were completed on 21 December 2001.

6.    The Vessel departed from Mumbai on 21 December 2001 and arrived at her discharge port on 31 December 2001.

7.    The charter party stated that freight was to be paid (together with any load port demurrage) to the Owners within four Indian banking days "upon completion of loading and signing the bills of lading."

8.    The freight was to be received by Owners before the Vessel reached her discharge port, otherwise the Vessel would anchor outside of the port territory.

9.    The charter party provided that if freight was not paid as described therein, then "any/all time lost, due to unpaid freight, will count as detention, at the rate of USD $6,000 per day."

10.    As a result of the Defendant's failure to pay any freight due and owing, an agreement was reached between the parties and the shipper of the cargo whereby payments were to be made to the Owners for outstanding balances due to the Owners under the charter party.

11.    Certain freight and demurrage payments were remitted to the Owners, but there remained due and owing under the charter party freight balances, load port demurrage and detention charges which were never paid to the Owners, despite due demand for same.

12.    The charter party provides that any disputes arising thereunder shall be referred to arbitration London, as per the LMAA Rules, with English law to apply.

2

13.    Plaintiff commenced arbitration proceedings before a sole arbitrator against the Defendant in London, pursuant to the charter party's arbitration clause, and notice of the commencement of the proceedings was forwarded to the Defendant Charterers.

14.    The Defendant Charterers advised Plaintiff that they had forwarded the matter to their legal department, but they failed to appoint an arbitrator, despite that further notice of the arbitration was served on them.  The arbitration proceeded thereafter with a single arbitrator appointed by Owners.

15.    By final award dated 30 September 2002 the arbitrator awarded Plaintiff the sum of $185,525.32 on its principal claim, with compounded quarterly interest at the rate of 4% per annum from February 1, 2002 to the date of payment.  A copy of the Final Award is attached as Exhibit 1.

16.    The Final Award also awarded attorneys fees and arbitrator costs to the Plaintiff Owners, with interest on each of these items of damages, calculated at the rate of 6%, compounded quarterly, from 30 September 2002 until the date of payment.

17.    Despite due demand, Defendant has failed to pay the amounts due to Plaintiff under the arbitration award.

18.    Plaintiff is entitled to judgment on the final awards as follows:

| | | |
|---|---|---|
| A. | On the principal claim: | $185,525.32 |
| B. | Interest on the principal claim at 4% compounded quarterly from Feb. 1, 2002: | $51,122.88 |
| C. | Arbitrator's Costs on Award £2,200 converted to USD on Sept. 30, 2002 | $3,435.08 |
| D. | Interest on Arbitrator's Costs at 6% compounded quarterly from Sept. 30, 2002 | $1,318.50 |
| G. | Owner's Costs of the Sept. 30, 2002 | $27,691.28 |

H.    Interest on Costs of Award at 6%
      compounded quarterly from Sept. 30, 2002  $10,628.83

**Total:**                                      **$279,721.89**

19.    The Defendant cannot be found within this District within the meaning of

Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal

Rules of Civil Procedure, but, upon information and belief, Defendant has, or will have during

the pendency of this action, assets within this District and subject to the jurisdiction of this Court,

held in the hands of garnishees within the District which are believed to be due and owing to the

Defendant.

20.    The Plaintiff seeks an order from this court directing the Clerk of Court to

issue Process of Maritime Attachment and Garnishment pursuant to Rule B of the Supplemental

Rules for Certain Admiralty and Maritime Claims, and also pursuant to the United States

Arbitration Act, 9 U.S.C. §§ 1 and 8, attaching, *inter alia*, any property of the Defendant held by

any garnishees within the District for the purpose of obtaining personal jurisdiction over the

Defendant and to secure the Plaintiff's claim as described above.

**WHEREFORE**, Plaintiff prays:

A.    That process in due form of law issue against the Defendant, citing it to appear

and answer under oath all and singular the matters alleged in the Complaint, failing which

default judgment be entered against it in the sum of **$279,721.89.**

B.    That since the Defendant cannot be found within this District pursuant to

Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims, this Court issue

an Order directing the Clerk of Court to issue Process of Maritime Attachment and Garnishment

pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims, also

pursuant to the United States Arbitration Act, 9 U.S.C. §§ 1 and 8, attaching all goods, chattels,

credits, letters of credit, bills of lading, effects, debts and monies, tangible or intangible, or any

other funds up to the amount of **$279,721.89** belonging to, due or being transferred to, from, or

for the benefit of the Defendant, including but not limited to such property as may be held,

received or transferred in Defendant's name or as may be held, received or transferred for its

benefit at, moving through, or within the possession, custody or control of banking/financial

institutions and/or other institutions or such other garnishee(s) to be named, and that all persons

claiming any interest in the same be cited to appear and pursuant to Supplemental Admiralty

Rule B answer the matters alleged in the Complaint;

      C.     That this Court award Plaintiff the attorneys' fees and costs incurred in this

action; and

      D.     That the Plaintiff have such other, further and different relief as the Court

may deem just and proper.

Dated: March 14, 2008
      New York, NY

                    The Plaintiff,
                    CURZON MARITIME LIMITED

                    By: _____
                    Claurisse Campanale Orozco (CC3581)
                    Thomas L. Tisdale (TT
                    TISDALE LAW OFFICES LLC
                    11 West 42nd Street, Suite 900
                    New York, NY 10036
                    (212) 354-0025 – phone
                    (212) 869-0067 – fax
                    corozco@tisdale-law.com
                    ttisdale@tisdale-law.com

## ATTORNEY'S VERIFICATION

State of Connecticut )
                  )    ss.:    Town of Southport
County of Fairfield )

1.  My name is Claurisse Campanale Orozco

2.  I am over 18 years of age, of sound mind, capable of making this Verification, and fully competent to testify to all matters stated herein.

3.  I am a Partner in the firm of Tisdale Law Offices LLC, attorneys for the Plaintiff.

4.  I have read the foregoing Verified Complaint and know the contents thereof and believe the same to be true and accurate to the best of my knowledge, information and belief.

5.  The reason why this Verification is being made by the deponent and not by the Plaintiff is that the Plaintiff is a business organization with no officers or directors now within this District.

6.  The source of my knowledge and the grounds for my belief are the statements made, and the documents and information received from, the Plaintiff and agents and/or representatives of the Plaintiff.

7.  I am authorized to make this Verification on behalf of the Plaintiff.

Dated:       Southport, Connecticut
             March 14, 2008

                                    Claurisse Campanale Orozco

# Exhibit A

## EXHIBIT A DOE LIST

**Doe # 1**          **IP Address:** 72.186.111.171 2007-09-15 07:59:59 EDT

**Doe # 2**          **IP Address:** 66.8.136.104 2007-09-15 23:59:49 EDT

**Doe # 3**          **IP Address:** 74.72.10.252 2007-09-21 07:51:32 EDT

**Doe # 4**          **IP Address:** 69.205.236.164 2007-09-22 02:38:13 EDT

**Doe # 5**          **IP Address:** 68.205.254.224 2007-09-24 15:37:56 EDT

**Doe # 6**          **IP Address:** 65.33.84.211 2007-09-26 09:17:01 EDT

**Doe # 7**          **IP Address:** 70.114.10.189 2007-09-26 09:38:20 EDT

**Doe # 8**          **IP Address:** 24.58.11.211 2007-09-27 05:00:44 EDT

**Doe # 9**          **IP Address:** 68.202.197.108 2007-09-28 18:23:43 EDT

**Doe # 10**         **IP Address:** 71.79.138.135 2007-09-30 07:30:18 EDT

**Doe # 11**         **IP Address:** 74.75.156.173 2008-01-24 05:42:39 EST

**Doe # 12**         **IP Address:** 24.92.195.79 2008-01-25 10:24:33 EST

**Doe # 13**         **IP Address:** 76.93.58.53 2008-01-25 10:23:38 EST

**Doe # 14**         **IP Address:** 75.190.181.243 2008-01-25 10:21:18 EST

**Doe # 15**         **IP Address:** 24.173.58.233 2008-01-25 10:36:05 EST

**Doe # 16**         **IP Address:** 72.229.53.180 2008-01-25 10:28:23 EST

**Doe # 17**         **IP Address:** 76.186.127.223 2008-01-27 18:18:57 EST

**Doe # 18**         **IP Address:** 66.66.160.48 2008-01-27 18:41:52 EST

**Doe # 19**         **IP Address:** 72.189.66.227 2008-01-27 18:29:44 EST

**Doe # 20**         **IP Address:** 76.169.178.41 2008-01-27 18:44:42 EST

**Doe # 21**          **IP Address:** 72.226.34.92 2008-01-28 23:24:45 EST

**Doe # 22**          **IP Address:** 76.83.63.251 2008-02-01 22:45:06 EST

**Doe # 23**          **IP Address:** 75.185.164.66 2008-02-03 06:10:15 EST

**Doe # 24**          **IP Address:** 98.26.28.120 2008-02-03 05:57:32 EST

**Doe # 25**          **IP Address:** 76.86.207.151 2008-02-04 12:16:38 EST

**Doe # 26**          **IP Address:** 24.59.103.5 2008-02-07 00:27:14 EST

**Doe # 27**          **IP Address:** 72.226.39.181 2008-02-08 09:42:51 EST

**Doe # 28**          **IP Address:** 71.79.207.210 2008-02-08 09:46:31 EST

**Doe # 29**          **IP Address:** 24.174.186.155 2008-02-08 10:05:50 EST

**Doe # 30**          **IP Address:** 66.26.56.164 2008-02-09 18:59:29 EST

**Doe # 31**          **IP Address:** 24.59.210.170 2008-02-11 04:12:52 EST

**Doe # 32**          **IP Address:** 69.207.102.139 2008-02-11 04:08:50 EST

**Doe # 33**          **IP Address:** 74.75.234.72 2008-02-15 09:08:24 EST

**Doe # 34**          **IP Address:** 72.224.249.115 2008-02-20 13:16:20 EST

**Doe # 35**          **IP Address:** 72.226.70.41 2008-02-22 00:25:16 EST

**Doe # 36**          **IP Address:** 69.134.114.78 2008-02-22 00:46:44 EST

**Doe # 37**          **IP Address:** 24.164.163.158 2008-02-22 00:41:55 EST

**Doe # 38**          **IP Address:** 65.184.125.203 2008-02-24 19:38:43 EST

## EXHIBIT A

**IP Address:** 72.186.111.171 2007-09-15 07:59:59 EDT

**CASE ID#** 142185166

**P2P Network:** GnutellaUS

**Total Audio Files:** 194

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Train | Train | Train | 298-334 |
| BMG Music | Lonestar | Not a Day Goes By | I'm Already There | 298-550 |
| SONY BMG MUSIC ENTERTAINMENT | Celine Dion | Prayer | A New Day Has Come | 311-366 |
| UMG Recordings, Inc. | George Strait | I Cross My Heart | Pure Country | 146-421 |
| BMG Music | Martina McBride | Valentine | Evolution | 240-332 |
| Warner Bros. Records Inc. | Mike Jones | Back Then | Who Is Mike Jones? | 374-374 |
| BMG Music | Brooks & Dunn | Believe | Hillbilly Deluxe | 366-005 |
| UMG Recordings, Inc. | Jay-Z | 99 Problems | The Black Album | 337-758 |
| UMG Recordings, Inc. | Chamillionaire | Turn it Up | Turn It Up (single) | 384-540 |
| UMG Recordings, Inc. | The Pussycat Dolls | Don't Cha | PCD | 377-102 |

## EXHIBIT A

**IP Address:** 66.8.136.104 2007-09-15 23:59:49 EDT          **CASE ID#** 142236234

**P2P Network:** GnutellaUS          **Total Audio Files:** 122

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | Keith Sweat | Nobody | Keith Sweat | 226-496 |
| UMG Recordings, Inc. | George Strait | Check Yes or No | Strait Out of the Box | 213-745 |
| UMG Recordings, Inc. | Daniel Bedingfield | If You're Not the One | Gotta Get Thru This | 321-977 |
| BMG Music | Alan Jackson | Remember When | Greatest Hits Volume II | 340-026 |
| Arista Records LLC | Pink | Trouble | Try This | 345-431 |
| Atlantic Recording Corporation | Pretty Ricky | Your Body | Bluestars | 376-229 |
| SONY BMG MUSIC ENTERTAINMENT | Savage Garden | I Knew I Loved You | Affirmation | 276-120 |
| LaFace Records LLC | Usher | You Make Me Wanna | My Way | 257-730 |
| Atlantic Recording Corporation | Craig David | Walking Away | Born To Do It | 303-747 |

## EXHIBIT A

**IP Address:** 74.72.10.252 2007-09-21 07:51:32 EDT          **CASE ID#** 142663159

**P2P Network:** GnutellaUS          **Total Audio Files:** 84

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Nelly Furtado | Maneater | Loose | 387-509 |
| Arista Records LLC | Sarah McLachlan | Angel | Surfacing | 243-027 |
| UMG Recordings, Inc. | Akon | Ghetto | Trouble | 361-456 |
| UMG Recordings, Inc. | 50 Cent | Disco Inferno | Disco Inferno (single) | 366-950 |
| UMG Recordings, Inc. | 50 Cent | 21 Questions | Get Rich Or Die Tryin' | 337-801 |
| Warner Bros. Records Inc. | Madonna | The Power of Goodbye | Ray Of Light | 252-818 |

## EXHIBIT A

**IP Address:** 69.205.236.164 2007-09-22 02:38:13 EDT

**P2P Network:** GnutellaUS

**CASE ID#** 142738338

**Total Audio Files:** 186

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | The Used | All That I've Got | In Love And Death | 362-132 |
| Warner Bros. Records Inc. | The Used | Bulimic | The Used | 314-399 |
| Warner Bros. Records Inc. | Red Hot Chili Peppers | Californication | Californication | 174-922 |
| Lava Records LLC | Simple Plan | When I'm With You | No Pads, No Helmets…Just Balls | 351-060 |
| Warner Bros. Records Inc. | Mike Jones | Back Then | Who Is Mike Jones? | 374-374 |
| SONY BMG MUSIC ENTERTAINMENT | Heart | Break | Bebe Le Strange | 17-640 |
| Maverick Recording Company | Mest | Drawing Board | Destination Unknown | 307-000 |
| Maverick Recording Company | Mest | Rooftops | Mest | 349-999 |
| SONY BMG MUSIC ENTERTAINMENT | Train | Train | Train | 298-334 |
| Capitol Records, Inc. | Yellowcard | Inside Out | Ocean Avenue | 343-413 |

## EXHIBIT A

**IP Address:** 68.205.254.224 2007-09-24 15:37:56 EDT

**CASE ID#** 142982420

**P2P Network:** GnutellaUS

**Total Audio Files:** 269

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| BMG Music | Martina McBride | My Baby Loves Me | The Way That I Am | 171-963 |
| Atlantic Recording Corporation | Foreigner | Hot Blooded | Double Vision | 2-223 |
| Elektra Entertainment Group Inc. | Jet | Are You Gonna Be My Girl | Get Born | 343-668 |
| Warner Bros. Records Inc. | Van Halen | Panama | 1984 (MCMLXXXIV) | 52-319 |
| Capitol Records, Inc. | Keith Urban | Raining on Sunday | Golden Road | 323-344 |
| BMG Music | Kenny Chesney | When the Sun Goes Down | When The Sun Goes Down | 341-104 |
| UMG Recordings, Inc. | Tom Petty | Breakdown | Long After Dark | 50-037 |
| BMG Music | Kenny Chesney | Living In Fast Forward | The Road and the Radio | 383-449 |
| SONY BMG MUSIC ENTERTAINMENT | Collin Raye | Little Red Rodeo | The Best of Collin Raye: Direct Hits | 243-637 |

## EXHIBIT A

**IP Address:** 65.33.84.211 2007-09-26 09:17:01 EDT          **CASE ID#** 143112296

**P2P Network:** GnutellaUS                                   **Total Audio Files:** 366

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Virgin Records America, Inc. | 30 Seconds To Mars | The Kill | A Beautiful Lie | 377-457 |
| SONY BMG MUSIC ENTERTAINMENT | REO Speedwagon | Keep on Loving You | Keep on Loving You (single) | 25-255 |
| UMG Recordings, Inc. | Akon | Lonely | Trouble | 361-456 |
| BMG Music | Kenny Chesney | She Thinks My Tractor's Sexy | Everywhere We Go | 263-302 |
| Arista Records LLC | Kelis | Milkshake | Tasty | 353-969 |
| BMG Music | Avril Lavigne | My Happy Ending | Under My Skin | 332-312 |
| SONY BMG MUSIC ENTERTAINMENT | Frankie J | Suga Suga | The One | 377-949 |
| SONY BMG MUSIC ENTERTAINMENT | Bonnie Tyler | Total Eclipse of the Heart | Total Eclipse of the Heart (single) | 50-640 |
| Warner Bros. Records Inc. | Prince | Little Red Corvette | 1999 | 41-035 |

**EXHIBIT A**

**IP Address:** 70.114.10.189 2007-09-26 09:38:20 EDT          **CASE ID#** 143114036

**P2P Network:** GnutellaUS                                    **Total Audio Files:** 229

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Motown Record Company, L.P. | Brian McKnight | Back At One | Back At One (single) | 280-025 |
| Arista Records LLC | Air Supply | All Out Of Love | Lost In Love | 38-070 |
| UMG Recordings, Inc. | 50 Cent | 21 Questions | Get Rich Or Die Tryin' | 337-801 |
| SONY BMG MUSIC ENTERTAINMENT | Montgomery Gentry | Something to Be Proud Of | You Do Your Thing | 355-896 |
| Warner Bros. Records Inc. | Bill Engvall | Here's Your Sign | Here's Your Sign | 221-983 |
| UMG Recordings, Inc. | Aqua | Barbie Girl | Barbie Girl (single) | 240-665 |

# EXHIBIT A

**IP Address:** 24.58.11.211 2007-09-27 05:00:44 EDT          **CASE ID#** 143155624

**P2P Network:** GnutellaUS          **Total Audio Files:** 350

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Atlantic Recording Corporation | Tracy Lawrence | How a Cowgirl Says Goodbye | The Coast Is Clear | 232-976 |
| SONY BMG MUSIC ENTERTAINMENT | Audioslave | I Am the Highway | Audioslave | 322-103 |
| UMG Recordings, Inc. | Rush | Limelight | Moving Pictures | 25-005 |
| UMG Recordings, Inc. | Hoobastank | The Reason | The Reason | 339-555 |
| Capitol Records, Inc. | Chris LeDoux | Dallas Days and Fort Worth Nights | Haywire | 196-222 |
| Warner Bros. Records Inc. | Fleetwood Mac | Beautiful Child | Tusk | 12-873 |
| Warner Bros. Records Inc. | Fleetwood Mac | The Chain | Rumours | N39857 |
| BMG Music | John Denver | Back Home Again | Back Home Again | 46-358 |
| Capitol Records, Inc. | Chris LeDoux | Life Is a Highway | One Road Man | 260-057 |
| Capitol Records, Inc. | Poison | Your Mama Don't Dance | Open Up & Say....Ahh! | 93-741 |

AO 121 (6/90)

| TO: | | |
|---|---|---|
| | **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION      ~ APPEAL | COURT NAME AND LOCATION<br>**United States District Court**<br>**Southern District of New York**<br>**500 Pearl Street**<br>**New York, NY 10007-1312** |
|---|---|
| DOCKET NO. | DATE FILED |

| PLAINTIFF<br>**ATLANTIC RECORDING CORPORATION; ARISTA RECORDS LLC; BMG MUSIC; CAPITOL RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; FONOVISA, INC.; INTERSCOPE RECORDS; LAFACE RECORDS LLC; LAVA RECORDS LLC; MAVERICK RECORDING COMPANY; MOTOWN RECORD COMPANY, L.P.; PRIORITY RECORDS LLC; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; WARNER BROS. RECORDS INC.; and ZOMBA RECORDING LLC** | DEFENDANT<br>**DOES 1 - 38** |
|---|---|

| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | <u>See</u> Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment      ☐ Answer      ☐ Cross Bill      ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order    ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes    ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 1 – Upon initiation of action, mail this copy to Register of Copyrights.

# EXHIBIT A

**IP Address:** 68.202.197.108 2007-09-28 18:23:43 EDT

**CASE ID#** 143278368

**P2P Network:** GnutellaUS

**Total Audio Files:** 68

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Audioslave | Be Yourself | Out Of Exile | 373-489 |
| Interscope Records | Eminem | White America | Eminem Show | 317-924 |
| Arista Records LLC | Sarah McLachlan | Stupid | Afterglow | 345-432 |
| UMG Recordings, Inc. | Rob Zombie | Living Dead Girl | Hellbilly Deluxe | 257-901 |
| SONY BMG MUSIC ENTERTAINMENT | Audioslave | Cochise | Audioslave | 322-103 |
| UMG Recordings, Inc. | Nine Inch Nails | Only | With Teeth | 381-157 |
| Interscope Records | Eminem | The Way I Am | The Marshall Mathers LP | 287-944 |
| UMG Recordings, Inc. | Blink-182 | Anthem | Enema of the State | 279-826 |
| SONY BMG MUSIC ENTERTAINMENT | Sade | By Your Side | Lovers Rock | 298-354 |

# EXHIBIT A

**IP Address:** 71.79.138.135 2007-09-30 07:30:18 EDT

**CASE ID#** 143422731

**P2P Network:** GnutellaUS

**Total Audio Files:** 382

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Oasis | Don't Look Back In Anger | (What's The Story) Morning Glory | 289-141 |
| SONY BMG MUSIC ENTERTAINMENT | Cypress Hill | Boom Biddy Bye Bye | Cypress Hill III: Temples Of Boom | 215-690 |
| UMG Recordings, Inc. | Nelly | Over and Over | Suit | 358-551 |
| Interscope Records | Dr. Dre | Still D.R.E. | Still D.R.E. (single) | 279-401 |
| Arista Records LLC | Sarah McLachlan | Sweet Surrender | Surfacing | 243-027 |
| UMG Recordings, Inc. | Hinder | How Long | Extreme Behavior | 379-192 |
| Arista Records LLC | Outkast | The Way You Move | Speakerboxxx/The Love Below | 340-520 |
| Warner Bros. Records Inc. | Van Halen | Feel Your Love Tonight | Van Halen | 239 |

# EXHIBIT A

**IP Address:** 74.75.156.173 2008-01-24 05:42:39 EST

**CASE ID#** 156654019

**P2P Network:** GnutellaUS

**Total Audio Files:** 173

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Shania Twain | You're Still The One | Come On Over | 243-502 |
| Capitol Records, Inc. | Marcy Playground | Sex and Candy | Marcy Playground | 240-954 |
| Capitol Records, Inc. | Chingy | Balla Baby | Balla Baby (single) | 357-173 |
| Elektra Entertainment Group Inc. | Third Eye Blind | Never Let You Go | Blue | 278-241 |
| BMG Music | Dave Matthews Band | Where Are You Going | Busted Stuff | 321-902 |
| SONY BMG MUSIC ENTERTAINMENT | The Outfield | Say It Isn't So | Play Deep | 69-701 |
| SONY BMG MUSIC ENTERTAINMENT | Savage Garden | Santa Monica | Savage Garden | 299-097 |
| BMG Music | Christina Aguilera | Can't Hold Us Down | Stripped | 326-219 |

**EXHIBIT A**

**IP Address:** 24.92.195.79 2008-01-25 10:24:33 EST

**CASE ID#** 156809549

**P2P Network:** GnutellaUS

**Total Audio Files:** 549

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Shania Twain | Man! I Feel Like A Woman | Come On Over | 243-502 |
| UMG Recordings, Inc. | Godsmack | I Stand Alone | Faceless | 329-097 |
| SONY BMG MUSIC ENTERTAINMENT | The Fugees | Family Business | The Score | 222-005 |
| SONY BMG MUSIC ENTERTAINMENT | Shakira | Underneath Your Clothes | Laundry Service | 306-496 |
| SONY BMG MUSIC ENTERTAINMENT | Ozzy Osbourne | Bark at the Moon | Bark At The Moon | 53-824 |
| UMG Recordings, Inc. | The All-American Rejects | Move Along | Move Along | 374-412 |
| SONY BMG MUSIC ENTERTAINMENT | Celine Dion | It's All Coming Back To Me Now | Falling Into You | 224-159 |
| UMG Recordings, Inc. | Weezer | Beverly Hills | Beverly Hills (single) | 377-899 |
| UMG Recordings, Inc. | George Strait | The Man in Love with You | Easy Come, Easy Go | 178-495 |
| UMG Recordings, Inc. | Blue October | Hate Me | Foiled | 388-117 |

## EXHIBIT A

**IP Address:** 76.93.58.53 2008-01-25 10:23:38 EST

**CASE ID#** 156809659

**P2P Network:** GnutellaUS

**Total Audio Files:** 221

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Nirvana | The Man Who Sold The World | MTV Unplugged In New York | 178-690 |
| UMG Recordings, Inc. | Nirvana | Serve The Servants | In Utero | 172-276 |
| SONY BMG MUSIC ENTERTAINMENT | Crossfade | Colors | Crossfade | 354-126 |
| Capitol Records, Inc. | Everclear | Father of Mine | So Much for the Afterglow | 181-328 |
| Elektra Entertainment Group Inc. | Third Eye Blind | Jumper | Third Eye Blind | 188-673 |
| UMG Recordings, Inc. | Nirvana | Come As You Are | Nevermind | 135-335 |
| UMG Recordings, Inc. | Nirvana | Smells Like Teen Spirit | Smells Like Teen Spirit (single) | 134-601 |
| SONY BMG MUSIC ENTERTAINMENT | Pearl Jam | Black | Ten | 137-787 |

# EXHIBIT A

**IP Address:** 75.190.181.243 2008-01-25 10:21:18 EST

**P2P Network:** GnutellaUS

**CASE ID#** 156815013

**Total Audio Files:** 269

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| BMG Music | LFO | Every Other Time | Life Is Good | 300-386 |
| UMG Recordings, Inc. | Bon Jovi | Have A Nice Day | Have a Nice Day | 382-027 |
| Atlantic Recording Corporation | Rob Thomas | Lonely No More | Something to Be | 373-876 |
| Warner Bros. Records Inc. | Goo Goo Dolls | Black Balloon | Dizzy Up the Girl | 246-538 |
| Virgin Records America, Inc. | Gorillaz | Demon Days | Demon Days | 379-135 |
| Virgin Records America, Inc. | Gorillaz | Feel Good Inc. | Feel Good Inc. (single) | 379-134 |
| UMG Recordings, Inc. | Jadakiss | Kiss of Death | Kiss of Death | 356-267 |
| BMG Music | Dave Matthews Band | Everyday | Everyday | 300-313 |

## EXHIBIT A

**IP Address:** 24.173.58.233 2008-01-25 10:36:05 EST          **CASE ID#** 156815075

**P2P Network:** GnutellaUS          **Total Audio Files:** 94

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Interscope Records | Dr. Dre | Forgot About Dre | 2001 | 277-983 |
| BMG Music | LFO | Every Other Time | Life Is Good | 300-386 |
| Interscope Records | Limp Bizkit | Nookie | Significant Other | 279-827 |
| Atlantic Recording Corporation | Sugar Ray | Every Morning | 14:59 | 262-149 |
| Atlantic Recording Corporation | Sugar Ray | Fly | Floored | 208-769 |
| Arista Records LLC | LFO | Summer Girls | LFO | 306-981 |
| UMG Recordings, Inc. | Nelly | Country Grammer | Country Grammar (single) | 280-701 |
| BMG Music | Christina Aguilera | What a Girl Wants | Christina Aguilera | 274-004 |
| Lava Records LLC | Kid Rock | Cowboy | Devil Without A Cause | 204-532 |
| BMG Music | Kenny Chesney | I Lost It | Greatest Hits | 277-700 |

## EXHIBIT A

**IP Address:** 72.229.53.180 2008-01-25 10:28:23 EST          **CASE ID#** 156815302

**P2P Network:** GnutellaUS                                    **Total Audio Files:** 443

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Young Gunz | Tough Luv | Tough Luv | 350-059 |
| UMG Recordings, Inc. | Jay-Z | Never Change | The Blueprint | 301-441 |
| Atlantic Recording Corporation | Junior Mafia | Get Money | Conspiracy | 225-941 |
| Interscope Records | Eminem | My Name Is | The Slim Shady LP | 262-686 |
| UMG Recordings, Inc. | G-Unit | G-Unit | Beg For Mercy | 337-759 |
| Interscope Records | Eminem | The Real Slim Shady | The Real Slim Shady (single) | 293-541 |
| Interscope Records | Eminem | Just Lose It | Just Lose It (single) | 362-082 |
| UMG Recordings, Inc. | Jay-Z | Encore | The Black Album | 337-758 |
| UMG Recordings, Inc. | DMX | Damien | It's Dark And Hell Is Hot | 252-613 |
| BMG Music | Cassidy | 6 Minutes | I'm A Hustla | 377-767 |

AO 121 (6/90)

| TO:    Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION    ～ APPEAL | COURT NAME AND LOCATION<br>**United States District Court**<br>**Southern District of New York**<br>**500 Pearl Street**<br>**New York, NY 10007-1312** |
|---|---|
| DOCKET NO. | DATE FILED | |

| PLAINTIFF<br>**ATLANTIC RECORDING CORPORATION; ARISTA RECORDS LLC; BMG MUSIC; CAPITOL RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; FONOVISA, INC.; INTERSCOPE RECORDS; LAFACE RECORDS LLC; LAVA RECORDS LLC; MAVERICK RECORDING COMPANY; MOTOWN RECORD COMPANY, L.P.; PRIORITY RECORDS LLC; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; WARNER BROS. RECORDS INC.; and ZOMBA RECORDING LLC** | DEFENDANT<br>**DOES 1 - 38** |
|---|---|

| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| | <u>See</u> Exhibit A, attached. | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading |
|---|---|

| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes    ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

# EXHIBIT A

**IP Address:** 76.186.127.223 2008-01-27 18:18:57 EST

**P2P Network:** GnutellaUS

**CASE ID#** 157118028

**Total Audio Files:** 260

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Nelly | My Place | Flap Your Wings (single) | 360-664 |
| UMG Recordings, Inc. | G-Unit | Beg for Mercy | Beg For Mercy | 337-759 |
| UMG Recordings, Inc. | Musiq | Musiq Soulchild | Aijuswanaseing | 291-528 |
| UMG Recordings, Inc. | Kanye West | Late | Late Registration | 372-867 |
| Atlantic Recording Corporation | T.I. | Freak Though | Urban Legend | 367-100 |
| Warner Bros. Records Inc. | Jaheim | Put That Woman First | Still Ghetto | 320-393 |
| Zomba Recording LLC | Justin Timberlake | Rock Your Body | Justified | 319-834 |
| LaFace Records LLC | Usher | Nice and Slow | My Way | 257-730 |
| Warner Bros. Records Inc. | Mike Jones | Flossin' | Who Is Mike Jones? | 374-374 |
| LaFace Records LLC | Usher | If I Want To | 8701 | 307-207 |

# EXHIBIT A

**IP Address:** 66.66.160.48 2008-01-27 18:41:52 EST

**CASE ID#** 157120294

**P2P Network:** GnutellaUS

**Total Audio Files:** 261

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Zomba Recording LLC | Three Days Grace | Wake Up | Three Days Grace | 338-429 |
| SONY BMG MUSIC ENTERTAINMENT | Celine Dion | Christmas Eve | These Are Special Times | 264-455 |
| Arista Records LLC | Sarah McLachlan | Black | Solace | 140-285 |
| Warner Bros. Records Inc. | My Chemical Romance | The Ghost Of You | Three Cheers for Sweet Revenge | 360-197 |
| UMG Recordings, Inc. | Snow Patrol | Same | Final Straw | 353-890 |
| Atlantic Recording Corporation | Jewel | Angel Standing By | Pieces of You | 198-481 |
| SONY BMG MUSIC ENTERTAINMENT | Sade | Jezebel | Promise | 71-848 |
| SONY BMG MUSIC ENTERTAINMENT | Sade | No Ordinary Love | Love Deluxe | 183-731 |
| SONY BMG MUSIC ENTERTAINMENT | Anna Nalick | In My Head | Wreck Of The Day | 372-028 |
| SONY BMG MUSIC ENTERTAINMENT | Wham | Last Christmas | Music From The Edge Of Heaven | 71-701 |

**EXHIBIT A**

**IP Address:** 72.189.66.227 2008-01-27 18:29:44 EST

**P2P Network:** GnutellaUS

**CASE ID#** 157121349

**Total Audio Files:** 422

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Capitol Records, Inc. | Deana Carter | Strawberry Wine | Did I Shave My Legs For This? | 229-757 |
| Capitol Records, Inc. | Chingy | 26's | Powerballin' | SRu 556-825 |
| UMG Recordings, Inc. | Hinder | Better Than Me | Extreme Behavior | 379-192 |
| Maverick Recording Company | Story of the Year | Until the Day I Die | Page Avenue | 340-938 |
| Atlantic Recording Corporation | Trick Daddy | I'm A Thug | Thugs Are Us | 303-748 |
| UMG Recordings, Inc. | Young Jeezy | Soul Survivor | Let's Get It: Thug Motivation 101 | 375-159 |
| UMG Recordings, Inc. | Nelly | Heart of a Champion | Sweat | 358-561 |

# EXHIBIT A

**IP Address:** 76.169.178.41 2008-01-27 18:44:42 EST

**CASE ID#** 157123961

**P2P Network:** GnutellaUS

**Total Audio Files:** 1747

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Capitol Records, Inc. | Pink Floyd | Hey You | The Wall | 14-787 |
| UMG Recordings, Inc. | Diana Krall | Temptation | Temptation (single) | 353-897 |
| Virgin Records America, Inc. | Ben Harper | Another Lonely Day | Fight For Your Mind | 210-135 |
| Elektra Entertainment Group Inc. | Eagles | New Kid In Town | Hotel California | N38950 |
| SONY BMG MUSIC ENTERTAINMENT | Bruce Springsteen | One Step Up | Tunnel of Love | 87-116 |
| SONY BMG MUSIC ENTERTAINMENT | Bruce Springsteen | Downbound Train | Born In The U.S.A. | 55-647 |
| Warner Bros. Records Inc. | Eric Clapton | Bad Love | Journeyman | 109-089 |
| Arista Records LLC | Santana | Feels Like Fire | Shaman | 323-139 |

# EXHIBIT A

**IP Address:** 72.226.34.92 2008-01-28 23:24:45 EST

**CASE ID#** 157290632

**P2P Network:** GnutellaUS

**Total Audio Files:** 583

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Fleetwood Mac | Go Your Own Way | Rumours | N39857 |
| UMG Recordings, Inc. | Vanessa Carlton | Rinse | Be Not Nobody | 313-943 |
| Interscope Records | No Doubt | Underneath it All | Rock Steady | 305-872 |
| BMG Music | Kenny Chesney | Summertime | The Road and the Radio | 383-449 |
| BMG Music | Avril Lavigne | My Happy Ending | Under My Skin | 332-312 |
| Warner Bros. Records Inc. | Faith Hill | Like We Never Loved At All | Fireflies | 374-377 |
| Capitol Records, Inc. | Radiohead | Creep | Pablo Honey | 190-976 |
| Elektra Entertainment Group Inc. | The Cars | My Best Friend's Girl | The Cars | 4-128 |

# EXHIBIT A

**IP Address:** 76.83.63.251 2008-02-01 22:45:06 EST

**CASE ID#** 157727886

**P2P Network:** GnutellaUS

**Total Audio Files:** 539

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Bone Thugs-N-Harmony | Bud Smokers Only | E.1999 Eternal | 225-335 |
| UMG Recordings, Inc. | Young Jeezy | Soul Survivor | Let's Get It: Thug Motivation 101 | 375-159 |
| UMG Recordings, Inc. | Nelly Furtado | Say It Right | Loose | 387-509 |
| Zomba Recording LLC | Bowling for Soup | Almost | A Hangover You Don't Deserve | 361-081 |
| Fonovisa, Inc. | Conjunto Primavera | Y Que Me Importa | De Nuevo A Tu Lado | 228-140 |
| Interscope Records | Enrique Iglesias | Bailamos | Wild Wild West Soundtrack | 265-773 |
| UMG Recordings, Inc. | Shaggy | Angel | Angel (single) | 299-251 |
| Fonovisa, Inc. | Conjunto Primavera | Necesito Decirte | Necesito Decirte | 259-601 |
| UMG Recordings, Inc. | U2 | One | Achtung Baby | 139-599 |
| LaFace Records LLC | Usher | Nice and Slow | My Way | 257-730 |

# EXHIBIT A

**IP Address:** 75.185.164.66 2008-02-03 06:10:15 EST          **CASE ID#** 157866099

**P2P Network:** GnutellaUS          **Total Audio Files:** 586

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Blink-182 | The Rock Show | Take Off Your Pants And Jacket | 301-317 |
| UMG Recordings, Inc. | Blink-182 | All the Small Things | Enema of the State | 279-826 |
| Virgin Records America, Inc. | 30 Seconds To Mars | From Yesterday | A Beautiful Lie | 377-457 |
| SONY BMG MUSIC ENTERTAINMENT | Cam'ron | What Means The World To You | S.D.E. | 269-850 |
| Elektra Entertainment Group Inc. | Staind | So Far Away | 14 Shades of Grey | 332-424 |
| UMG Recordings, Inc. | Mya | You | Moodring | 338-694 |
| SONY BMG MUSIC ENTERTAINMENT | Savage Garden | Truly Madly Deeply | Savage Garden | 299-097 |
| UMG Recordings, Inc. | Blink-182 | Dammit | Dude Ranch | 243-969 |
| BMG Music | Foo Fighters | Best of You | In Your Honor | 377-762 |

AO 121 (6/90)

| TO: | | |
|---|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ⊠ ACTION    ~ APPEAL | COURT NAME AND LOCATION<br>**United States District Court**<br>**Southern District of New York**<br>**500 Pearl Street**<br>**New York, NY 10007-1312** |
|---|---|
| DOCKET NO. | DATE FILED | |

| PLAINTIFF<br>**ATLANTIC RECORDING CORPORATION; ARISTA RECORDS LLC; BMG MUSIC; CAPITOL RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; FONOVISA, INC.; INTERSCOPE RECORDS; LAFACE RECORDS LLC; LAVA RECORDS LLC; MAVERICK RECORDING COMPANY; MOTOWN RECORD COMPANY, L.P.; PRIORITY RECORDS LLC; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; WARNER BROS. RECORDS INC.; and ZOMBA RECORDING LLC** | DEFENDANT<br>**DOES 1 - 38** |
|---|---|

| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| | <u>See</u> Exhibit A, attached. | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading |
|---|---|

| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order    ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes    ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 3 – Upon termination of action, mail this copy to Register of Copyrights.

## EXHIBIT A

**IP Address:** 98.26.28.120 2008-02-03 05:57:32 EST

**CASE ID#** 157867930

**P2P Network:** GnutellaUS

**Total Audio Files:** 486

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | New Found Glory | All Downhill From Here | Cataylst | 356-117 |
| BMG Music | Kelly Clarkson | Behind These Hazel Eyes | Breakaway | 352-147 |
| Atlantic Recording Corporation | Pretty Ricky | Playhouse | Bluestars | 376-229 |
| UMG Recordings, Inc. | Shania Twain | Any Man of Mine | The Woman in Me | 207-884 |
| Atlantic Recording Corporation | Hootie & The Blowfish | Only Wanna Be With You | Cracked Rear View | 193-960 |
| Warner Bros. Records Inc. | The Used | The Taste of Ink | The Used | 314-399 |
| Warner Bros. Records Inc. | Crime Mob | Knuck if You Buck | Knuck If You Buck (single) | 364-439 |

## EXHIBIT A

**IP Address:** 76.86.207.151 2008-02-04 12:16:38 EST          **CASE ID#** 158027392

**P2P Network:** GnutellaUS          **Total Audio Files:** 1932

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Cyndi Lauper | Time After Time | She's So Unusual | 50-827 |
| UMG Recordings, Inc. | Mariah Carey | Mine Again | The Emancipation of Mimi | 370-795 |
| SONY BMG MUSIC ENTERTAINMENT | System of a Down | Fuck the System | Steal This Album! | 309-129 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Off The Wall | Off The Wall | 11-120 |
| UMG Recordings, Inc. | The Police | Roxanne | Roxanne (single) | 4-190 |
| BMG Music | The Whispers | And the Beat Goes On | The Whispers | 18-246 |
| BMG Music | Hall & Oates | Kiss on My List | Voices | 21-276 |
| Atlantic Recording Corporation | MC Lyte | Cha Cha Cha | Eyes on this | 113-353 |
| Warner Bros. Records Inc. | Leela James | My Joy | A Change Is Gonna Come | 375-110 |

## EXHIBIT A

**IP Address:** 24.59.103.5 2008-02-07 00:27:14 EST

**CASE ID#** 158317992

**P2P Network:** GnutellaUS

**Total Audio Files:** 616

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Capitol Records, Inc. | Keith Urban | Your Everything | Keith Urban | 273-265 |
| SONY BMG MUSIC ENTERTAINMENT | Miranda Lambert | Kerosene | Kerosene | 367-710 |
| Warner Bros. Records Inc. | Van Halen | Beautiful Girls | Van Halen II | 8-281 |
| UMG Recordings, Inc. | Shania Twain | From This Moment On | Come On Over | 243-502 |
| UMG Recordings, Inc. | Lifehouse | You And Me | Lifehouse | 370-643 |
| UMG Recordings, Inc. | Jay-Z | Big Pimpin' | Life and Times of S. Carter, Vol. 3 | 279-270 |
| Warner Bros. Records Inc. | Linkin Park | With You | Hybrid Theory | 288-402 |
| BMG Music | Kenny Chesney | Me And You | All I Need To Know | 208-984 |
| BMG Music | Usher | Burn | Confessions | 354-784 |

**EXHIBIT A**

**IP Address:** 72.226.39.181 2008-02-08 09:42:51 EST

**CASE ID#** 158453997

**P2P Network:** GnutellaUS

**Total Audio Files:** 828

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Faith Hill | Me | Faith | 253-752 |
| Warner Bros. Records Inc. | Linkin Park | Numb | Meteora | 346-247 |
| Warner Bros. Records Inc. | Enya | Only Time | A Day Without Rain | 290-690 |
| BMG Music | Christina Aguilera | Dirrty | Stripped | 326-219 |
| Warner Bros. Records Inc. | Disturbed | Land of Confusion | Ten Thousand Fists | 380-289 |
| LaFace Records LLC | Usher | If I Want To | 8701 | 307-207 |
| SONY BMG MUSIC ENTERTAINMENT | Train | Train | Train | 298-334 |
| Capitol Records, Inc. | Duran Duran | Rio | Rio | 38-444 |
| UMG Recordings, Inc. | Gwen Stefani | Hollaback Girl | Love.Angel.Music.Baby. | 364-759 |

## EXHIBIT A

**IP Address:** 71.79.207.210 2008-02-08 09:46:31 EST

**CASE ID#** 158454301

**P2P Network:** GnutellaUS

**Total Audio Files:** 99

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Capitol Records, Inc. | Keith Urban | Your Everything | Keith Urban | 273-265 |
| UMG Recordings, Inc. | Shania Twain | Any Man of Mine | The Woman in Me | 207-884 |
| Interscope Records | Nine Inch Nails | Closer | The Downward Spiral | 190-639 |
| Warner Bros. Records Inc. | Madonna | Like a Virgin | Like a Virgin (single) | 58-389 |
| SONY BMG MUSIC ENTERTAINMENT | Ricky Martin | Livin' la Vida Loca | Ricky Martin | 278-159 |
| UMG Recordings, Inc. | Aerosmith | What It Takes | Pump | 114-548 |
| UMG Recordings, Inc. | Lifehouse | You And Me | Lifehouse | 370-643 |
| Lava Records LLC | Kid Rock | Cowboy | Devil Without A Cause | 204-532 |
| Elektra Entertainment Group Inc. | Phish | Farmhouse | Farmhouse | 281-388 |

**EXHIBIT A**

**IP Address:** 24.174.186.155 2008-02-08 10:05:50 EST

**CASE ID#** 158455590

**P2P Network:** GnutellaUS

**Total Audio Files:** 594

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Atlantic Recording Corporation | Phil Collins | In The Air Tonight | Face Value | 24-682 |
| Priority Records LLC | NWA | Straight Outta Compton | Straight Outta Compton | 150-531 |
| Warner Bros. Records Inc. | Linkin Park | In The End | Hybrid Theory | 288-402 |
| Zomba Recording LLC | R. Kelly | Ignition (remix) | Ignition (remix) (single) | 321-128 |
| BMG Music | Kenny Chesney | When the Sun Goes Down | When The Sun Goes Down | 341-104 |

## EXHIBIT A

**IP Address:** 66.26.56.164 2008-02-09 18:59:29 EST          **CASE ID#** 158594163

**P2P Network:** GnutellaUS          **Total Audio Files:** 147

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| BMG Music | Kelly Clarkson | Because Of You | Breakaway | 352-147 |
| Zomba Recording LLC | Ciara | And I | Goodies | 355-316 |
| UMG Recordings, Inc. | Kanye West | All Falls Down | College Dropout | 347-391 |
| Interscope Records | Mya | Case Of The Ex | Fear Of Flying | 279-309 |
| UMG Recordings, Inc. | Avant | Read Your Mind | Read Your Mind (single) | 344-351 |
| UMG Recordings, Inc. | Avant | My First Love | My Thoughts | 281-220 |
| BMG Music | Alicia Keys | Diary | The Diary of Alicia Keys | 346-869 |
| UMG Recordings, Inc. | Kanye West | Touch The Sky | Late Registration | 372-867 |

AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION      ~ APPEAL | COURT NAME AND LOCATION<br>**United States District Court<br>Southern District of New York<br>500 Pearl Street<br>New York, NY 10007-1312** |
|---|---|
| DOCKET NO.          DATE FILED | |

| PLAINTIFF<br>**ATLANTIC RECORDING CORPORATION; ARISTA RECORDS LLC; BMG MUSIC; CAPITOL RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; FONOVISA, INC.; INTERSCOPE RECORDS; LAFACE RECORDS LLC; LAVA RECORDS LLC; MAVERICK RECORDING COMPANY; MOTOWN RECORD COMPANY, L.P.; PRIORITY RECORDS LLC; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; WARNER BROS. RECORDS INC.; and ZOMBA RECORDING LLC** | DEFENDANT<br>**DOES 1 - 38** |
|---|---|

| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | <u>See</u> Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment      ☐ Answer      ☐ Cross Bill      ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT<br>REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below.  A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes    ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 4 – In the event of an appeal, forward this copy to the Appellate Court so they can prepare a new A0 279 for the appeal.

**EXHIBIT A**

**IP Address:** 24.59.210.170 2008-02-11 04:12:52 EST

**CASE ID#** 158753520

**P2P Network:** GnutellaUS

**Total Audio Files:** 473

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Capitol Records, Inc. | Poison | Every rose has its thorn | Open Up & Say....Ahh! | 93-741 |
| BMG Music | Brad Paisley | Whiskey Lullaby | Mud on the Tires | 336-114 |
| UMG Recordings, Inc. | George Jones | High-Tech Redneck | High-Tech Redneck (single) | 170-710 |
| Arista Records LLC | Brooks & Dunn | You're Gonna Miss Me When I'm Gone | Waitin on Sundown | 202-210 |
| Warner Bros. Records Inc. | Green Day | American Idiot | American Idiot | 362-125 |
| SONY BMG MUSIC ENTERTAINMENT | Train | Train | Train | 298-334 |
| Capitol Records, Inc. | Deana Carter | Strawberry Wine | Did I Shave My Legs For This? | 229-757 |
| BMG Music | Alabama | Face To Face | Just Us | 90-025 |
| SONY BMG MUSIC ENTERTAINMENT | Shakira | No | Fijacion Oral Vol. 1 | 372-418 |
| Capitol Records, Inc. | Keith Urban | Tonight I Wanna Cry | Be Here | 353-271 |

## EXHIBIT A

**IP Address:** 69.207.102.139 2008-02-11 04:08:50 EST        **CASE ID#** 158753571

**P2P Network:** GnutellaUS        **Total Audio Files:** 149

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Blink-182 | The Rock Show | Take Off Your Pants And Jacket | 301-317 |
| UMG Recordings, Inc. | Blink-182 | Dumpweed | Enema of the State | 279-826 |
| UMG Recordings, Inc. | Hoobastank | Out of Control | The Reason | 339-555 |
| UMG Recordings, Inc. | Blink-182 | I Miss You | Blink-182 | 345-359 |
| UMG Recordings, Inc. | Black Eyed Peas | Anxiety | Elephunk | 334-398 |
| Capitol Records, Inc. | Yellowcard | Ocean Avenue | Ocean Avenue | 343-413 |
| Lava Records LLC | Simple Plan | I'd Do Anything | No Pads, No Helmets…Just Balls | 351-060 |
| UMG Recordings, Inc. | Scorpions | Rock You Like A Hurricane | Love At First Sting | 54-748 |
| UMG Recordings, Inc. | Blink-182 | Apple Shampoo | Dude Ranch | 243-969 |

## EXHIBIT A

**IP Address:** 74.75.234.72 2008-02-15 09:08:24 EST

**CASE ID#** 159240748

**P2P Network:** GnutellaUS

**Total Audio Files:** 648

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Switchfoot | Meant to Live | The Beautiful Letdown | 347-967 |
| SONY BMG MUSIC ENTERTAINMENT | Korn | Freak On a Leash | Follow the Leader | 263-749 |
| SONY BMG MUSIC ENTERTAINMENT | Our Lady Peace | Superman's Dead | Clumsy | 244-057 |
| UMG Recordings, Inc. | 10 Years | Wasteland | The Autumn Effect | 376-935 |
| UMG Recordings, Inc. | U2 | Where The Streets Have No Name | The Joshua Tree | 78-949 |
| SONY BMG MUSIC ENTERTAINMENT | Our Lady Peace | Somewhere Out There | Gravity | 317-043 |
| Warner Bros. Records Inc. | Red Hot Chili Peppers | Under the Bridge | Blood Sugar Sex Magik | 135-276 |
| UMG Recordings, Inc. | Scorpions | Rock You Like A Hurricane | Love At First Sting | 54-748 |
| Warner Bros. Records Inc. | Disturbed | Land of Confusion | Ten Thousand Fists | 380-289 |
| SONY BMG MUSIC ENTERTAINMENT | Oasis | Wonderwall | (What's The Story) Morning Glory | 289-141 |

# EXHIBIT A

**IP Address:** 72.224.249.115 2008-02-20 13:16:20 EST

**P2P Network:** GnutellaUS

**CASE ID#** 159853227

**Total Audio Files:** 1204

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| BMG Music | Velvet Revolver | Slither | Contraband | 332-304 |
| Lava Records LLC | Kid Rock | Cowboy | Devil Without A Cause | 204-532 |
| Warner Bros. Records Inc. | Green Day | Wake Me Up When September Ends | American Idiot | 362-125 |
| Interscope Records | Limp Bizkit | Break Stuff | Significant Other | 279-827 |
| BMG Music | Eve 6 | Inside Out | Eve 6 | 257-983 |
| Virgin Records America, Inc. | A Perfect Circle | Passive | Emotive | 375-835 |
| Warner Bros. Records Inc. | Disturbed | Avarice | Ten Thousand Fists | 380-289 |
| Zomba Recording LLC | Bowling for Soup | Ohio (Come Back to Texas) | A Hangover You Don't Deserve | 361-081 |
| Warner Bros. Records Inc. | Mike Jones | Back Then | Who Is Mike Jones? | 374-374 |

# EXHIBIT A

**IP Address:** 72.226.70.41 2008-02-22 00:25:16 EST

**P2P Network:** GnutellaUS

**CASE ID#** 160028751

**Total Audio Files: 61**

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Atlantic Recording Corporation | Rob Thomas | Ever the Same | Something to Be | 373-876 |
| UMG Recordings, Inc. | Blue October | Hate Me | Foiled | 388-117 |
| BMG Music | Busta Rhymes | I Know What You Want | It Ain't Safe No More | 323-567 |
| BMG Music | Kenny Chesney | Young | No Shoes, No Shirt, No Problem | 308-547 |
| UMG Recordings, Inc. | 3 Doors Down | Here Without You | Away from the Sun | 347-346 |
| BMG Music | Kenny Chesney | When the Sun Goes Down | When The Sun Goes Down | 341-104 |
| Warner Bros. Records Inc. | Linkin Park | With You | Hybrid Theory | 288-402 |
| Motown Record Company, L.P. | 98 Degrees | I Do (Cherish You) | 98 Degrees & Rising | 237-315 |
| UMG Recordings, Inc. | 3 Doors Down | Let Me Go | Seventeen Days | 368-870 |

# EXHIBIT A

**IP Address:** 69.134.114.78 2008-02-22 00:46:44 EST

**CASE ID#** 160031868

**P2P Network:** GnutellaUS

**Total Audio Files:** 221

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | 98 Degrees | This Gift | This Christmas | 271-013 |
| BMG Music | Clint Black | A Good Run Of Bad Luck | No Time to Kill | 168-535 |
| Capitol Records, Inc. | Crowded House | Something So Strong | Crowded House | 78-743 |
| SONY BMG MUSIC ENTERTAINMENT | Bruce Springsteen | Glory Days | Born In The U.S.A. | 55-647 |
| Warner Bros. Records Inc. | The Pretenders | Middle of the Road | Middle of the Road (single) | 51-873 |
| SONY BMG MUSIC ENTERTAINMENT | Van Zant | Help Somebody | Get Right With The Man | 372-041 |
| Warner Bros. Records Inc. | Madonna | Secret | Secret (single) | 200-123 |
| UMG Recordings, Inc. | Def Leppard | Pour Some Sugar on Me | Hysteria | 90-420 |
| Warner Bros. Records Inc. | The Time | Jungle Love | Ice Cream Castle | 55-021 |
| Capitol Records, Inc. | Duran Duran | Come Undone | Duran Duran [The Wedding Album] | 278-777 |

## EXHIBIT A

**IP Address:** 24.164.163.158 2008-02-22 00:41:55 EST

**CASE ID#** 160034457

**P2P Network:** GnutellaUS

**Total Audio Files:** 495

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Red Hot Chili Peppers | Scar Tissue | Californication | 174-922 |
| SONY BMG MUSIC ENTERTAINMENT | Modest Mouse | Float On | Good News For People Who Love Bad News | 353-218 |
| UMG Recordings, Inc. | Blink-182 | Always | Blink-182 | 345-359 |
| Warner Bros. Records Inc. | Red Hot Chili Peppers | Tear | By The Way | 316-878 |
| Motown Record Company, L.P. | Lionel Richie | Say You Say Me | Dancing On The Ceiling | 76-527 |
| SONY BMG MUSIC ENTERTAINMENT | Shakira | Underneath Your Clothes | Laundry Service | 306-496 |
| Warner Bros. Records Inc. | Rod Stewart | Some Guys Have All The Luck | Camouflage | 54-717 |
| UMG Recordings, Inc. | Rob Zombie | Dragula | Hellbilly Deluxe | 257-901 |

AO 121 (6/90)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION        ~ APPEAL | COURT NAME AND LOCATION<br>**United States District Court**<br>**Southern District of New York**<br>**500 Pearl Street**<br>**New York, NY 10007-1312** |
|---|---|
| DOCKET NO.          DATE FILED | |

| PLAINTIFF<br>**ATLANTIC RECORDING CORPORATION; ARISTA RECORDS LLC; BMG MUSIC; CAPITOL RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; FONOVISA, INC.; INTERSCOPE RECORDS; LAFACE RECORDS LLC; LAVA RECORDS LLC; MAVERICK RECORDING COMPANY; MOTOWN RECORD COMPANY, L.P.; PRIORITY RECORDS LLC; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; WARNER BROS. RECORDS INC.; and ZOMBA RECORDING LLC** | DEFENDANT<br><br>**DOES 1 - 38** |
|---|---|

| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | <u>See</u> Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment      ☐ Answer      ☐ Cross Bill      ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below.  A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order    ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes    ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 5 – Case file copy.

## EXHIBIT A

**IP Address:** 65.184.125.203 2008-02-24 19:38:43 EST        **CASE ID#** 160346369

**P2P Network:** GnutellaUS                                   **Total Audio Files:** 473

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Fleetwood Mac | Gypsy | Mirage | 36-910 |
| UMG Recordings, Inc. | Aqua | Aquarius | Aquarius | 284-437 |
| UMG Recordings, Inc. | U2 | Sunday Bloody Sunday | Under A Blood Red Sky | 49-959 |
| Capitol Records, Inc. | Pink Floyd | Time | Dark Side Of The Moon | N5354 |
| Arista Records LLC | Santana | Smooth | Supernatural | 289-833 |
| Capitol Records, Inc. | Tina Turner | Private Dancer | Private Dancer | 58-022 |
| Warner Bros. Records Inc. | Green Day | Wake Me Up When September Ends | American Idiot | 362-125 |
| Warner Bros. Records Inc. | Fleetwood Mac | Beautiful Child | Tusk | 12-873 |