**JUDGE MARRERO**    08 CV 2546

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ATLANTIC RECORDING CORPORATION, a
Delaware corporation; ARISTA RECORDS LLC,
a Delaware limited liability company; BMG
MUSIC, a New York general partnership;
CAPITOL RECORDS, INC., a Delaware
corporation; ELEKTRA ENTERTAINMENT
GROUP INC., a Delaware corporation;
FONOVISA, INC., a California corporation;
INTERSCOPE RECORDS, a California general
partnership; LAFACE RECORDS LLC, a
Delaware limited liability company; LAVA
RECORDS LLC, a Delaware limited liability
company; MAVERICK RECORDING
COMPANY, a California joint venture;
MOTOWN RECORD COMPANY, L.P., a
California limited partnership; PRIORITY
RECORDS LLC, a Delaware limited liability
company; SONY BMG MUSIC
ENTERTAINMENT, a Delaware general
partnership; UMG RECORDINGS, INC., a
Delaware corporation; VIRGIN RECORDS
AMERICA, INC., a California corporation;
WARNER BROS. RECORDS INC., a Delaware
corporation; and ZOMBA RECORDING LLC, a
Delaware limited liability company,

        Plaintiffs,

      -against-

DOES 1 - 38,

        Defendants.

Civil Action No.:

MAR 1 4 2008
U.S.D.C. S.D. N.Y.
CASHIERS

---

## RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiffs identify their

parent corporations and any publicly held company that owns 10% or more of any Plaintiff's

stock.

Plaintiff ATLANTIC RECORDING CORPORATION's ultimate parent corporation is

Warner Music Group Corp., which is publicly traded in the U.S.

Plaintiff ARISTA RECORDS LLC is a limited liability company owned by BMG Music, a New York general partnership, which is not publicly traded.

Plaintiff BMG MUSIC is a general partnership owned by SONY BMG MUSIC ENTERTAINMENT and Ariola Eurodisc LLC, neither of which is publicly traded.

Plaintiff CAPITOL RECORDS, INC.'s ultimate parent corporation is Maltby Capital Limited, which is not publicly traded.

Plaintiff ELEKTRA ENTERTAINMENT GROUP INC.'s ultimate parent corporation is Warner Music Group Corp., which is publicly traded in the U.S.

Plaintiff FONOVISA, INC. is a corporation owned by Univision Music LLC and Univision Music Group Mexico, S.A. de C.V.  Univision Music LLC is owned by Univision Music Inc., a subsidiary of Univision Communications Inc.; and Diara Inc.

Plaintiff INTERSCOPE RECORDS is a subsidiary of Vivendi S.A., a publicly held French company.

Plaintiff LAFACE RECORDS LLC is a limited liability company owned by SONY BMG MUSIC ENTERTAINMENT, whose ultimate parents are Bertelsmann AG, which is not publicly traded, and Sony Corporation, which is publicly traded in the United States.

Plaintiff LAVA RECORDS LLC is a joint venture between Diamond Music LLC, which is not publicly traded, and Atlantic Recording Corporation, whose ultimate parent corporation is Warner Music Group Corp., which is publicly traded in the U.S.

Plaintiff MAVERICK RECORDING COMPANY is a joint venture between SR/MDM Venture Inc., whose ultimate parent corporation is Warner Music Group Corp., which is publicly traded in the U.S., and Maverick Records LLC, which is not publicly traded.

Plaintiff MOTOWN RECORD COMPANY, L.P.'s parent company is Vivendi S.A., a publicly held French company.

Plaintiff PRIORITY RECORDS LLC's ultimate parent is Maltby Capital Limited, which is not publicly traded.

Plaintiff SONY BMG MUSIC ENTERTAINMENT is a Delaware general partnership owned by USCO Holdings Inc., BeSo Holding LLC, Arista Holding, Inc., and Zomba US Holdings, Inc., none of which is publicly traded. Its ultimate parents are Bertelsmann AG and Sony Corporation, the latter of which is publicly traded in the United States.

Plaintiff UMG RECORDINGS, INC.'s ultimate parent corporation is Vivendi S.A., a publicly held French company.

Plaintiff VIRGIN RECORDS AMERICA, INC.'s ultimate parent is Maltby Capital Limited, which is not publicly traded.

Plaintiff WARNER BROS. RECORDS INC.'s ultimate parent corporation is Warner Music Group Corp., which is publicly traded in the U.S.

Plaintiff ZOMBA RECORDING LLC is a subsidiary of SONY BMG MUSIC ENTERTAINMENT, whose ultimate parents are Bertelsmann AG and Sony Corporation, the latter of which is publicly traded in the United States.

Dated: New York, New York
      March 14, 2008

By:   _____
       Brian E. Moran (BM-8573)
       Victor B. Kao (VK-6967)
       Robinson & Cole LLP
       885 Third Avenue, Suite 2800
       New York, NY 10022-4834
       Telephone: (212) 451-2900
       Fax: (212) 451-2999