```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------- X
ATLANTIC RECORDING CORPORATION,   :
et. al.,                          :
                                  :    08 Civ. 2546 (VM)
                    Plaintiffs,   :
                                  :
       - against -                :         ORDER
                                  :
DOES,                             :
                                  :
                    Defendants.   :
---------------------------------X
```

**VICTOR MARRERO**, **United States District Judge**.

By Order dated May 5, 2008, the Court granted the application of plaintiffs authorizing service of a Rule 45 subpoena to obtain discovery regarding the identity of the defendants herein. A review of the Docket Sheet indicates that no further correspondence with the Court or other proceedings have been recorded in this action. Accordingly, it is hereby

**ORDERED** that plaintiffs herein clarify the status of this action and indicate whether the case remains active or should be closed on the Court's docket. In the event no timely response is made to this Order by September 8, 2008, the Court may direct that the action be dismissed for lack of prosecution and the case closed.

**SO ORDERED.**

Dated:    New York, New York
          3 September 2008

                                    _____
                                    VICTOR MARRERO
                                    U.S.D.J.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
       9-3-08
```